1
 The People of the State of Colorado, Petitioner/Cross-Respondent v. Madani Ceus. Respondent/Cross-Petitioner No. 24SC508
Supreme Court of Colorado, En Banc
February 4, 2025
 
           Court
 of Appeals Case No. 20CA1360
 
 
 
          Petition
 and Cross-Petition for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals erred by not considering the
 instructions and trial as a whole in determining whether the
 jury properly understood that it needed to find, and did
 find, the sentence enhancer beyond a reasonable doubt.
 
 
          Whether
 the court of appeals erred by holding that any possible error
 was reversible in light of the instructions, arguments, and
 evidence all showing that the defendant's actions
 resulted in the children's deaths.
 
 
          Whether
 the evidence was insufficient to sustain the convictions.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.